| AO-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** **FOR NOMINEE REPORTS** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)* |
|---|---|---|

| **1. Person Reporting** (Last name, first, middle initial) | **2. Court or Organization** | **3. Date of Report** |
|---|---|---|
| Selna, James V. | District Court, Central District of California | May 14, 2007 |

| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge, Active | **5. ReportType (check appropriate** Nomination Date __ Initial __X__ Annual __ Final | **6. Reporting Period** January 1, 2006 to December 31, 2006 |
|---|---|---|

| **7. Chambers or Office Address** Ronald Reagan Federal Building and US Courthouse 411 W. 4th Street Santa Ana, CA 92701 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Trustee; Trustee | Trust No. 1; Trust No. 2 |
| Custodian; Custodian | Custodian Account 1; Custodian of Accounts JSL 1 through 3, BCS 1 through 4, and SSD 1 through 2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2006 | O'Melveny & Myers LLP–retirement pension | $ 95,316.00 |
| 2006 | Selna Descendants Trust for the Benefit of James V. Selna–life income beneficiary of trust | $ 19,302.00 |

| **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting Selna, James V. | Date of Report May 14, 2007 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|

☒ **NONE** (No such reportable reimbursements.)

_____     _____
_____     _____
_____     _____
                                     _____
                                     _____
_____     _____

7  _____     _____

_____     _____

*(Includes those to          and dependent        pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ **NONE** (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ **NONE** (No reportable liabilities.) | | |
| 2 | | |
| 3 | | |
| 4 | | |

*Value Codes:
        N=$250,001-$500,000    J=$15,000    K=$15,001-$50,000  L=$50,001-$100,000    M=$100,001-$250,000
        O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000                         P2=$5,000,001-
$25,000,000

| | Income/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 |
|---|---|---|---|---|---|
| 1 | | E=$15,001-$50,000 | | | |
| | (See Col. B1, D4) | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 |
| 2 | Value Codes: | J=$15,000 or less | K=$15,001-$50, 00 | L=$50,001- $100,000 | M=$100,001-$250,000 |
| | (See Col. C1, D3) | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | | P2=$5,000,001-$25,000,000 | | | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | (See Col. C2) | U=Book value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H)of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | May 14, 2007 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, | | | | | | | | | |
| 1 Real Property: | | | | | | | | | |
| 2 Parcel 1, Cambria, CA | None | | M | W | | | | | |
| 3 Parcel 2, Antelope Valley, CA | None | | K | W | | | | | |
| 4 Parcel 3, San Bernardino, CA | None | | M | W | | | | | |
| | | | | | | | | | |
| Held in Account 1: | | | | | | | | | |
| 5 AT& T Corp common | B | Div. | K | T | | | | | |
| Time Warner Inc | A | Div. | K | T | | | | | |
| Comcast Corp. class A common | None | | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 |
|---|---|---|---|---|---|
| | | E= 15,001-$50,000 | | | |
| | | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | | P2=$5,000,001-$25,000,000 | | | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | | U=Book value | V=Other | W=Estimated | |

## VII.  Page 3  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 6  Corning common | None | | K | T | | | | | |
| General Electric common | C | Div. | M | T | | | | | |
| 7  Este Lauder Co. common | A | Div. | J | T | | | | | |
| 8  Liberty Media B common | None | | | | Spin Liberty Media Interactive | 5-11 | J | A | |
| | | | | | Spin Liberty Media Hldg | 5-11 | J | A | |
| Liberty Media Interactive (LINTA) | None | | J | T | Spin from Liberty Media B | 5-11 | J | | |
| Liber y Media Hldg (LCAPA) | None | | J | T | Spin from Liberty Media B | 5-11 | J | | |
| Discovery Holding Series A (DISCA) | None | | J | T | | | | | |
| Liberty Global Class A (LBTYA) | None | | J | T | | | | | |
| Liberty Global Series C (LBTYK) | None | | J | T | | | | | |
| Limited Brands common | A | Div. | K | T | | | | | |
| 9  McKesson Corp.  common | A | Div. | L | T | | | | | |
| 10  Microsoft common | A | Div. | L | T | | | | | |
| Motorola common | A | Div | K | T | | | | | |
| Freescale Semiconductor Cl. B | None | | | | Gift | 11-6 | J | A | |
| | | | | | Gift | 11-9 | J | A | |
| | | | | | Gift | 11-9 | J | A | |
| 11  Newell Rubbermaid common | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | E=$15,001-$50,000 F=$50,001- $100,000 | A=$1,000 or less G=$100,001-$1,000,000 | B=$1,001-$2,500 H1=$1,000,001-$5,000,000 | C=$2,501-$5,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 12 Pepsico Inc. common | A | Div. | J | T | | | | | |
| Tyson Foods Inc. common | A | Div. | K | T | | | | | |
| 13 Walmart common | A | Div. | K | T | | | | | |
| 14 Watson Pharmeceuticals common | None | | K | T | | | | | |
| 15 Washington Mutual common | D | Div. | M | T | | | | | |
| 16 Xcel Energy Inc. common | C | Div. | L | T | | | | | |
| 17 Charles Schwab Muni Money Fund | D | Div. | M | T | | | | | |
| Bellsouth Corp. common | B | Div. | L | T | | | | | |
| Albertsons Inc. common | A | Div. | | | Merger w/Super-valu | 6-5 | K | D | |
| | | | | | Part Cash Merger | 6-5 | J | D | |
| Supervalu Inc. common | A | Div. | J | T | Merger w/Abertsons | 6-5 | J | | |
| Bed Bath & Beyond common | None | | K | T | | | | | |
| Southwest Airlines common | A | Div. | K | T | | | | | |
| Held in Account 2: | | | | | | | | | |
| 18 Northern Trust Municipal Money Market Fund | A | Int. | J | T | | | | | |
| Held in Account 3: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,0 1-$1,0 0,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,0 $5,000,000 | D=$5,001-$15,000 H2=More than | |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| AOL Time Warner | A | Div. | J | T | | | | | |
| 19  Sun Microsystems common | None | | J | T | | | | | |
| 20  Charles Schwab Money Market | A | Div. | J | T | | | | | |
| Intel Corp. common | A | Div. | J | T | | | | | |
| Ford Motor common | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| Held in Account 4: | | | | | | | | | |
| 21  Citigroup common | A | Div. | J | T | | | | | |
| 22  Duke Energy common | A | Div. | J | T | | | | | |
| 53  Schwab S & P 500 Investors Funds | A | Div. | J | T | | | | | |
| 54  Charles Schwab Money Market | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| Held in Account 5: | | | | | | | | | |
| 56  AT & T Corp. common | C | Div. | L | T | | | | | |
| Comcast Corp. common | None | | K | T | | | | | |
| 59  Albertsons common | B | Div. | | | Merger w/ Supervalu | 6-5 | K | D | |
| | | | | | Part Cash Merger | 6-5 | L | D | |
| Supervalu Inc. | A | Div. | K | T | Merger w/ Albertsons | 6-5 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | E=$15,001-$50,000 F=$50,001- $100,000 | A=$1,000 or less G=$100,001-$1,000,000 | B=$1,001-$2,500 H1=$1,000,001-$5,000,000 | C=$2,501-$5,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,0 0, 01-$5,0 0,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| | Time Warner Inc. | A | Div. | J | T | | | | | |
| 66 | CSX Corp. common | A | Div | | | Sale | 5-2 | L | K | |
| 69 | Cisco Systems common | None | | L | T | | | | | |
| | Conagra Foods common | B | Div. | L | T | | | | | |
| | Coupon Treas Rcpt 02/15/08 | None | | L | T | | | | | |
| | GNMA PL # ▮▮▮▮ | A | Interest | J | T | | | | | |
| | | A | Principal | | | | | | | |
| | Dell Computer common | None | | L | T | Add Buy | 4-7 | L | | |
| | Ford Motor Co. common | A | Div. | K | T | | | | | |
| | Hewlett-Packard common | A | Div. | M | T | | | | | |
| | Jones Apparel Group | A | Div. | J | T | | | | | |
| | Liberty Media Class A Common | None | | J | T | | | | | |
| | Liberty Media Intl'l Cl. A | None | | | | Spin of LINTA | 5-15 | J | A | |
| | | | | | | Spin of LCAPA | 5-15 | J | A | |
| | Liberty Media Hldg (LINTA) | A | Cash in lieu of frac. sh. | J | T | Spin from Liberty Media Intl | 5-15 | J | | |
| | Liberty Media Hldg (LCAPA) | A | Cash in lieu of frac. sh. | J | T | Spin from Liberty Media Intl | 5-15 | J | | |
| | Liberty Global Inc. Cl. A (LBTYA) | None | | J | T | | | | | |
| | Liberty Global Inc. Cl. C (LBTYK) | None | | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code q (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Discovery Holdings Ser. A (DISCA) | None | | J | T | | | | | |
| Lucent Technology common | None | | | | Merger w/ Alcatel | 12-1 | J | A | |
| Alcatel Lucent | A | Cash in lieu frac. shares | J | T | Merger w/Lucent | 12-1 | J | | |
| Mattel Inc. common | A | Div. | J | T | | | | | |
| Micron Technology common | None | | J | T | | | | | |
| Microsoft common | A | Div. | L | T | | | | | |
| Motorola common | A | Div. | L | T | | | | | |
| Freescale Semi. Cl. B | None | | | | Cash Merger | 12-8 | J | C | |
| Oracle common | None | | L | T | | | | | |
| Rockwell Collins common | None | . | | | Sale | 2-6 | K | D | |
| Sempra Energy common | A | Div. | L | T | | | | | |
| Seagate Technology | A | Liquid. Distr. | J | T | | | | | |
| Sun Microsystems common | None | | K | T | | | | | |
| Thermo Fisher common (name change) | None | | K | T | | | | | |
| Tyson Foods Inc. Common | A | Div. | J | T | | | | | |
| U. S. Steel | A | Div. | | | Sale | 3-28 | L | E | |
| Symantec Corp. | None | | J | T | | | | | |
| Viacom Class B common | None | | | | Spin of VIA/B New | 1-4 | L | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | May 14 2007 |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H)of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | Spin of CBS | 1-4 | | | |
| Viacom Class B New | A | Div | K | T | Spin from VIA/B | 1-4 | K | | |
| CBS Corp. Class B | A | Div | K | T | Spin from VIA/B | 1-4 | K | | |
| Waste Management common | B | Div. | K | T | | | | | |
| Xcel Energy, Inc. Common | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | E | Div. | N | T | | | | | |
| Washington Mutual common | B | Div. | L | T | | | | | |
| Southwest Airlines common | A | Div. | K | T | | | | | |
| Intel Corp. | A | Div. | L | T | Add Buy | 4-7 | K | | |
| Wal-Mart Stores Inc. | A | Div. | K | T | | | | | |
| Apache Corporation | A | Div. | L | T | Buy | 5-15 | L | | |
| Home Depot | A | Div. | L | T | Buy | 10-9 | L | | |
| | | | | | | | | | |
| Held in Account 7: | | | | | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | | |
| IBM common | A | Div. | J | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| | | | | | | | | | |
| Held as Custodian: | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 |
|---|---|---|---|---|---|
| | | E=$15,001-$50,000 | | | |
| | | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | | P2=$5,000,001-$25,000,000 | | | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | | U=Book value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | May 14 2007 |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Xcel Energy Inc. common | B | Div. | K | T | | | | | |
| | | | | | | | | | |
| Trust No. 1: | | | | | | | | | |
| BankAmerica bond 10/15/11 | A | Int. | J | T | | | | | |
| BRE Properties Inc. Cl. A | A | Div./ Cap. Distr. | K | T | | | | | |
| Entergy Corp. common | B | Div. | K | T | | | | | |
| Insmed Inc. common | None | | K | T | | | | | |
| National Grid PLC | A | Div. | J | T | | | | | |
| Nicor Inc. common | B | Div. | K | T | | | | | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |
| Urstadt Biddle Properties | A | Div | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | B | Div. | K | T | | | | | |
| Washington Mutual common | B | Div. | K | T | | | | | |
| | | | | | | | | | |
| Trust No. 2 | | | | | | | | | |
| Schwab Value Advantage Fund | B | Div | K | T | | | | | |
| BankAmerica bond 10/15/11 | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>E=$15,001-$50,000<br>F=$50,001- $100,000 | B=$1,001-$2,500<br><br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br><br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br><br>H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P2=$5,000,001-$25,000,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000<br><br>P4=More than $50,000,000 | L=$50,001- $100,000<br><br>S=Assessment | M=$100,001-$250,000<br>P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | May 14 2007 |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identify of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Ford Motor Credit note 1/25/07 | B | Int. | K | T | | | | | |
| Los Angeles, CA bond 3/1/15 | B | Int. | L | T | | | | | |
| GNMA PL # | A | Int. | J | T | | | | | |
| | B | Principal | | | | | | | |
| Entergy Corp. common | A | Div. | | | Sale | 10/9 | K | D | |
| National Grid PLC | A | Div. | J | T | | | | | |
| Nicor Inc. common | C | Div. | L | T | | | | | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |
| BRE Properties Inc | A | Div./ Cap. Distr. | K | T | | | | | |
| Urstadt Biddle Properties | A | Div. | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | K | T | | | | | |
| Washington Mutual common | C | Div. | L | T | | | | | |
| BellSouth Corp. common | B | Div. | L | T | | | | | |
| Bank of America Corp. | C | Div. | M | T | | | | | |
| AT & T New | None | | K | T | Buy | 10/12 | K | | |
| | | | | | | | | | |
| O & M Investment Partners: | | | | | | | | | |

1   Income/Gain Codes:        A=$1,000 or less        B=$1,001-$2,500        C=$2,501-$5,000        D=$5,001-$15,000
    (See Col. B1, D4)    E=$15,001-$50,000
                         F=$50,001- $100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000        H2=More than $5,000,000
2   Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001- $100,000    M=$100,001-$250,000
    (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
                         P2=$5,000,001-$25,000,000
                         P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3   Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
    (See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

## VII. Page 11  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| O & M Investment Partners/Lesser/Moore | B | Distr. | J | U | | | | | |
| O & M Investment Partner/Playa Vista | None | | J | U | | | | | |
| O & M Investment Partners/Playa Vista II | None | | J | U | | | | | |
| O & M Investment Partners/Post Street | A | Distr. | J | U | | | | | |
| O & M Investment Partners/TCW Placements Fund III | A | Distr. | J | U | | | | | |
| O & M Investment Partners/Wedbush Capital | None | | J | U | | | | | |
| | | | | | | | | | |
| Bank Accounts: | | | | | | | | | |
| Bank of America | A | Int. | K | T | | | | | |
| Beal Bank, Acct. 1 | C | Int. | M | T | | | | | |
| Beal Bank, Acct. 2 | C | Int. | M | T | | | | | |
| First Republic Bank, Acct. 1 | C | Int. | M | T | Redeemed CD | 12-27 | M | A | |
| First Republic Bank, Acct. 2 | C | Int. | M | T | | | | | |
| Fremont Inv. & Loan, Acct. 1 | C | Int. | M | T | | | | | |
| Fremont Inv. & Loan, Acct. 2 | B | Int. | M | T | CD Purchase | 2-22 | M | | |

70

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
| --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate on y) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less K=$15,001-$50,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part I, Line 2 lists the following custodianships:  Custodian of Accounts JSL 1 through 3, BCS 1 through 4, and SSD 1 through 2.  The custodian accounts hold common stock, but all holdings are below the reporting level.

<u>See</u> attached for additional information.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date  _5-14 07_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## Listing of Entries Not Carried Forward or Omitted from May 10, 2006 Form AO-10

The following sets forth each entry in the May 10, 2005 Form AO-10 not carried forward (other than sales which are self-explanatory) or omitted and the reason therefor.

| Section of May 10, 2005 Report | Description of Position/Investment | Reason for Deletion/Addition |
|---|---|---|
| **Section VII, Account 1** | | |
| Page 4 | Office Depot common | Holding was gifted on 11-17-05, and that disposition should have been shown on the 2005 AO-10. The value of the transaction was "J" and the gain was "A." Entry should not have been carried over to 2006 AO-10. |
| Page 4 | SBC Communications common | SBC merged with AT&T on 11-21-05, and the transaction should have been shown on the AO-10 for 2005. The value of the transaction was "K" and the gain was "B." Entry should not have been carried over to the 2006 AO-10. A similar transaction in Account 5 (page 8) was correctly reported. |
| | | |
| | | |